UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIDNEY NAIMAN,

    Plaintiff,

v.

TRANZVIA LLC,

    Defendant.

Case No. 17-cv-4813-PJH

**ORDER VACATING HEARING DATE**

The court has reviewed the papers submitted by the parties in connection with defendant's motion to dismiss, and finds the motion appropriate for decision without oral argument. Accordingly, the date for the hearing, previously noticed for November 29, 2017, is VACATED. The court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: November 21, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge