Jon B. Fougner (State Bar No. 314097)
Email: Jon@FougnerLaw.com
600 California Street, 11th Fl.
San Francisco, California 94108
Telephone: (434) 623-2843
Facsimile: (206) 338-0783

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@broderick-law.com
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (508) 221-1510
Facsimile: (617) 830-0327

*Attorneys for Plaintiff and the Proposed Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIDNEY NAIMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TRANZVIA LLC<br><br>　　　　　Defendant. | Case No. 17-cv-04813-PJH<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　NOTICE IS HEREBY GIVEN that this case has been settled in its entirety on individual basis. The parties anticipate filing a Stipulation for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to the proposed classes within 60 days. The parties request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 6, 2018 for filing a Stipulation for Dismissal.

**SIGNATURE ATTESTATION**

The ECF user filing this paper attests that concurrence in its filing has been obtained from each of the other signatories.

RESPECTFULLY SUBMITTED AND DATED this 9th day of January, 2018.

By: /s/ *Anthony I. Paronich*
Anthony I. Paronich, *Admitted Pro Hac Vice*

*Attorneys for Plaintiff and the Proposed Classes*

Timothy A. Daniels, *Admitted Pro Hac Vice*
Texas Bar No. 05375190
Email: tim.daniels@figdav.com
Amber D. Reece, *Admitted Pro Hac Vice*
Texas Bar No. 24079892
amber.reece@figdav.com
FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2020

Shawn T. Leuthold (State Bar No. 178147)
Email: shawn.leuthold@gmail.com
leuthold@aol.com
1671 The Alameda #303
San Jose, California 95126
Telephone: (408) 924-0132
Facsimile: (408) 924-0134

*Attorneys for Defendant TranzVia LLC*