Timothy A. Daniels *admitted Pro Hac Vice*
Texas Bar No. 05375190
tim.daniels@figdav.com
Amber D. Reece *admitted Pro Hac Vice*
Texas Bar No. 24079892
amber.reece@figdav.com
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000 – telephone
(214) 939-2090 – facsimile
  *and*
Shawn T. Leuthold
CA State Bar No. 178147
shawn.leuthold@gmail.com
leuthold@aol.com
1671 The Alameda #303
San Jose, CA 95126
(408) 924-0132 – telephone
(408) 924-0134 – facsimile

**Attorneys for Defendant**
**TranzVia, LLC**

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>TRANZVIA LLC,<br><br>  Defendant. | Case No. 4:17-cv-04813-PJH<br><br>Complaint Filed: August 18, 2017<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br><br>The Honorable Phyllis J. Hamilton |

  The parties hereby STIPULATE to the dismissal of all claims, demands, and causes of action asserted or assertable in this action by Plaintiff against Defendant TranzVia, LLC with prejudice. The parties further stipulate that all attorneys' fees and costs shall be taxed against the party incurring same. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

SO STIPULATED.

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from each of its other signatories.

**STIPULATED AND AGREED TO:**

By: */s/* Jon B. Fougner
    Jon B. Fougner
    CA Bar No. 314097
    Jon@FougnerLaw.com

600 California Street, 11th Fl.
San Francisco, California 94108
(434) 623-2843 – telephone
(206) 338-0783 – facsimile
   and

Anthony I. Paronich, *Admitted Pro Hac Vice*
anthony@broderick-law.com
**BRODERICK & PARONICH, P.C.**
99 High Street, Suite 304
Boston, Massachusetts 02110
(508) 221-1510 – telephone
(617) 830-0327 – facsimile

*Attorneys for Plaintiff and the Proposed Classes*

By: */s/* Amber D. Reece
    Timothy A. Daniels, *Pro Hac Vice*
    Texas Bar No. 05375190
    tim.daniels@figdav.com
    Amber D. Reece, *Pro Hac Vice*
    Texas Bar No. 24079892
    amber.reece@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000 – telephone
(214) 939-2020 – facsimile
   and

Shawn T. Leuthold
CA Bar No. 178147
shawn.leuthold@gmail.com
leuthold@aol.com
1671 The Alameda #303
San Jose, CA 95126
(408) 924-0132 – telephone
(408) 924-0134 – facsimile

***Attorneys for Defendant TranzVia LLC***

## CERTIFICATE OF SERVICE

     I hereby certify that on March 7, 2018, a true and correct copy of this document has been filed electronically via the Court's ECF filing system and subsequently all counsel in this matter deemed to accept service electronically will be notified via the Court's ECF filing system.

                              */s/ Amber D. Reece*
                              Amber D. Reece