UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN,<br><br>    Plaintiff,<br>v.<br><br>TRANZVIA LLC,<br><br>    Defendant. | Case No. 4:17-cv-04813-PJH<br><br>[PROPOSED] ORDER OF DISMISSAL |

Having considered the Parties' stipulation, and for good cause being shown:

IT IS HEREBY ORDERED THAT all claims asserted or assertable in this action by Plaintiff Sidney Naiman against Defendant TranzVia, LLC are hereby dismissed with prejudice. All attorneys' fees and costs are taxed against the party incurring same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____March 9_____, 2018

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[PROPOSED] ORDER OF DISMISSAL
4:17-cv-04813-PJH